**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREI LITVINTSEV,<br>Petitioner,<br>v.<br>JAMES JANECKA,<br>Respondent. | Case No. 5:26-cv-03165-CV-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondent has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the Petition; (2) respondents shall immediately release petitioner Andrei Litvintsev (A # 240-848-180) from immigration custody; (3) respondents shall return any confiscated property and documents to petitioner upon his release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that petitioner presents a flight risk or danger to the community; and (5) respondents shall file a status

report no later than three court days from the date of this Order regarding their compliance with this Order.

Dated: ________8/18/26_________

Cynthia Valenzuela

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE